IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAZA SYSTEMS, LLC, | Civil Action No. 2:11-cv-00073-GLL |
| Plaintiff, | Chief Judge Gary L. Lancaster |
| v. | |
| TAZA 21 CO., LLC, FRANK A. ABRAHAM, and JOHN DOES 1-10, | |
| Defendants. | |

## ORDER OF COURT

And now, this 1st day of March, 2011, upon consideration of the Motion to Set Aside Entry of Default submitted by Defendants, Taza 21 Co, LLC and Frank A. Abraham, it is hereby ordered and decreed that said Motion is GRANTED. The Entry of Default against Defendants, Taza 21 Co, LLC and Frank A. Abraham, is hereby set aside. Said Defendants shall file a response to the Plaintiff's Complaint within 30 days of the date of this Order.

BY THE COURT:

_____, C.J.

915394.1