IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAZA SYSTEMS, LLC,       ) | |
|     Plaintiff,       ) | |
|                   ) | |
|    v.                    ) | Civil Action No. 11-73 |
|                   ) | |
| TAZA 21 CO., INC., ET AL.,       ) | |
|     Defendants.       ) | |

<u>ORDER OF COURT</u>

AND NOW, this 9th day of February, 2012, IT IS HEREBY ORDERED that a Status Conference will be held in the above captioned case on **<u>Thursday, February 23, 2012 at 2:00 p.m.</u>** in Suite 3250, 3rd floor, U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.  At this conference, counsel of record should be prepared to address all outstanding motions.

IT IS FURTHER ORDERED that, in addition to counsel of record, the parties and/or persons with full and complete settlement authority, including insurance companies, **<u>MUST</u>** be present at this conference.  Failure to bring those persons with requisite settlement authority may result in the imposition of sanctions.

                                          BY THE COURT:

                                          <u>s/Gary L. Lancaster</u>     , C.J.
                                          Gary L. Lancaster,
                                          Chief United States District Judge

cc:  All Counsel of Record