IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAZA SYSTEMS, LLC, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 2:11-cv-00073-GLL |
| v. | ) ) **Electronic Filing** |
| TAZA 21 CO., INC., ET AL., | ) ) |
| Defendant. | ) ) ) |

**"""""""""ORDER OF COURT**

AND NOW, this 12th day of September, 2012, upon consideration of the parties' Joint Motion to Amend this Court's Order Dated July 12, 2012 (Doc. No. 59), IT IS HEREBY ORDERED that the Final Case Management Plan shall be amended as follows:

a. The parties shall complete all outstanding fact discovery no later than October 10, 2012;
b. The parties shall exchange expert reports no later than November 16, 2012;
c. The parties shall complete all expert discovery no later than December 21, 2012;
d. The parties shall file their respective cross-motions for summary judgment, briefs in support, and all supporting documents, on or before January 31, 2013; and
e. Responses to any cross-motion for summary judgment, brief in support, and all supporting documents, shall be filed on or before March 4, 2013. THERE SHALL BE NO OTHER BRIEFING UNLESS LEAVE IS GRANTED BY THE COURT.

All the provisions of this Court's July 12, 2012 Order shall remain in full force and effect and are unchanged by this Order.

BY THE COURT:

s/Gary L. Lancaster                              ,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge