IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAZA SYSTEMS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:11-cv-00073-GLL ) ) **Electronic Filing** |
| TAZA 21 CO., INC., ET AL., | ) ) |
| Defendant. | ) ) ) ) |

### ORDER OF COURT

AND NOW, this __31st__ day of __October__, 2012, upon consideration of the Joint Motion to Amend this Court's Order Dated September 12, 2012 (Doc. No. 62), IT IS HEREBY ORDERED that the Final Case Management Plan shall be amended as follows:

    a.    The parties shall exchange expert reports on all issues *except damages* no later than November 16, 2012;

    b.    The parties shall complete expert discovery on all issues *except damages* no later than December 21, 2012;

    c.    Upon ruling on the parties anticipated motion(s) for summary judgment, the Court shall establish deadlines for the exchange of expert reports, and for the completion of expert discovery, on the issue of damages only.

All the provisions of this Court's July 12, 2012 Order remain in full force and effect and are unchanged by this Order.

BY THE COURT:

_/s/ Gary L. Lancaster_
Hon. Gary L. Lancaster,
Chief United States District Judge