IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TAZA SYSTEMS, LLC,           )
             Plaintiff,      )
                             )
        v.                   )    Civil Action No. 11-0073
                             )
TAZA 21 CO., LLC, FRANK A.   )
  ABRAHAM, ET AL.,           )
             Defendants.     )

ORDER

AND NOW, this 28th day of February, 2013 it is HEREBY ORDERED that Taza Systems, LLC is directed to electronically file unredacted versions of those documents currently appearing on the docket at numbers 72, 73, and 74 due to its failure to adhere to the directive entered at 05-mc-0045, In re: Confidentiality and Protective Orders in Civil Matters, and to section 8 of the Court's *Electronic Case Filing Policies and Procedures*. See also, 05-mc-0186, Standing Order 13-1 (amending section 8 of said *Policies*, effective March 1, 2013); and doc. no. 54 at ¶ 13 (stating that leave of court is required prior to filing confidential discovery information under seal). Said filings shall be made on or before March 7, 2013. Given that Taza 21 has been in possession of the unredacted versions of these documents since February 4, 2013, no other deadlines currently scheduled in this matter shall be affected by this order.

BY THE COURT,

s/Gary L. Lancaster, C.J.
Hon. Gary L. Lancaster, Chief Judge