IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

TAZA SYSTEMS, LLC,

    Plaintiff,

v.

TAZA 21 CO., LLC, FRANK A. ABRAHAM, and JOHN DOES 1-10,

    Defendants.

CIVIL ACTION NO.: 2:11-CV-00073-GLL

Judge Gary L. Lancaster

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

AND NOW, this _11_ day of March, 2013, having carefully considered *Plaintiff's Motion for Leave to File Documents Under Seal*, [*Document #80*], IT IS HEREBY ORDERED THAT:

Plaintiff's motion for leave to file the documents designated as confidential by third-party Domains by Proxy, LLC, bearing Bates-stamp numbers DBP000001 though DBP 000004, in connection with *Plaintiff's Motion for Summary Judgment on Liability for Trademark Infringement, and on Defendants' Counterclaim* [*Document #71*] is GRANTED.

BY THE COURT:

/s/ Gary L. Lancaster
Gary L. Lancaster
Chief United States District Judge